# FIRST EVANGELICAL LUTHERAN CONGREGATION OF DELHI AND OTHERS v. M. F. MOMMSEN AND OTHERS.[1]

April 5, 1928.

No. 26,324.

**Case followed.**

Plaintiffs appealed from an order of the district court for Redwood county, Olsen, J. denying their motion for a new trial. Affirmed.

*O. A. Lende* and *Meighen, Knudson & Sturtz,* for appellants.
*K. T. Dahlen,* for respondents.

PER CURIAM.

This is an appeal by the plaintiffs from an order denying their motion for a new trial. The questions presented are those presented in Rock Dell Norwegian Ev. Luth. Cong. v. Mommsen, supra. p. 207, and the decision in that case controls this one.

Order affirmed.

[1]Reported in 219 N. W. 91.